# EXHIBIT D

**U.S. Department of Homeland Security**
Washington, D.C. 20528



*Privacy Office, Mail Stop 0655*

October 4, 2017

**SENT VIA EMAIL TO**: Behar@richardbehar.com

Richard Behar
Contributing Editor of Investigations
Forbes Magazine
P.O. BOX 1205
New York, NY 10021

Re: **2018-HQFO-00026**

Dear Mr. Behar:

This letters acknowledges receipt of your Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS), Privacy Office, dated September 22, 2017, and received in this office on October 3, 2017.  You requested documents regarding identifying every individual who was screened and/or noted by the Secret Service because they sought-to visit any of the following individuals, and/or sought access to any secured area where any of the following were present: Donald Trump; Eric Trump; Donald Trump, Jr.; Ivanka Trump; Jared Kushner; Paul Manafort; Michael Flynn; Corey Lewandowski; Michael Cohen; Stephen Bannon; and/or Kellyanne Conway. The information sought by this request includes, but is not limited to, any Worker and Visitor Entrance System (WAVES) records and Access Control Records (ACR). The request includes, but is not limited to, visitors to Trump Tower, Mar-a-Lago, Bedminster Golf Cub, and, to the extent available, the twenty-eight fields of data that were previously released under the Obama Administration for White House visitors  (Date Range for Record Search: From 11/1/2015 To 1/21/2017).

Due to the subject matter of your request, I am transferring this request to the FOIA Officer for USSS. Please find the contact information below.

United States Secret Service (USSS)
Freedom of Information Act and Privacy Act Branch
245 Murray Lane, SW Building T-5
Washington, D.C. 20223
FOIA Officer/Public Liaison: Latita Payne
Phone: 202-406-6370
Fax: 202-406-5586
E-mail: FOIA@usss.dhs.gov

If you need to contact our office again about this matter, please refer to **2018-HQFO-00026**. You may contact this office at 1-866-431-0486 or 202-343-1743.

        Sincerely,

        /s/
        Claudia Cisneros
        FOIA Program Specialist