



**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C, 20223

Freedom of Information Act and Privacy Act Branch
Communications Center
245 Murray Lane, SW, Building T-5
Washington, D.C. 20223

Date:    AUG 2 4 2018

Richard Behar
P.O. Box 1205
New York, NY 10021
Email: Behar@richardbehar.com

File Number:  20181249

Dear Requester:

This is the final response to your Freedom of Information Act (FOIA) request originally received by the United States Secret Service (USSS) on July 27, 2018 for all emails, attachments or other documents that are a) in the email set referenced in the Court's February 21, 2018 order, and also b) include any of the names or terms listed in Appendix A of the Court's February 21, 2018 order. This response relates to the term:  Alexander Machkevich.

In response to your request, the USSS has conducted a reasonable search for responsive records. No records pertaining to your request were located.

If you deem our decision an adverse determination, you may exercise your appeal rights.  Should you wish to file an administrative appeal, your appeal should be made in writing and received within sixty (60) days of the date of this letter, by writing to:  Freedom of Information Appeal, Deputy Director, U.S. Secret Service, Communications Center, 245 Murray Lane, S.W., Building T-5, Washington, D.C. 20223.  If you choose to file an administrative appeal, please explain the basis of your appeal and reference the case number listed above.

FOIA File No. 20181249 is assigned to this request.  Please refer to this file number in all future communication with this office.

Sincerely,

Kim E. Campbell
Special Agent In Charge
Freedom of Information Act & Privacy Act Officer

SUBJECT





**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223

Freedom of Information Act and Privacy Act Branch
Communications Center
245 Murray Lane, SW, Building T-5
Washington, D.C. 20223

Date:    AUG 2 4 2018

Richard Behar
P.O. Box 1205
New York, NY 10021
Email: Behar@richardbehar.com

File Number:  20181250

Dear Requester:

This is the final response to your Freedom of Information Act (FOIA) request originally received by the United States Secret Service (USSS) on July 27, 2018 for all emails, attachments or other documents that are a) in the email set referenced in the Court's February 21, 2018 order, and also b) include any of the names or terms listed in Appendix A of the Court's February 21, 2018 order. This response relates to the term: Alexander Mirtchev.

In response to your request, the USSS has conducted a reasonable search for responsive records. No records pertaining to your request were located.

If you deem our decision an adverse determination, you may exercise your appeal rights. Should you wish to file an administrative appeal, your appeal should be made in writing and received within sixty (60) days of the date of this letter, by writing to: Freedom of Information Appeal, Deputy Director, U.S. Secret Service, Communications Center, 245 Murray Lane, S.W., Building T-5, Washington, D.C. 20223. If you choose to file an administrative appeal, please explain the basis of your appeal and reference the case number listed above.

FOIA File No. 20181250 is assigned to this request. Please refer to this file number in all future communication with this office.

Sincerely,

Kim E. Campbell
Special Agent In Charge
Freedom of Information Act & Privacy Act Officer

SUBJECT



**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223

Freedom of Information Act and Privacy Act Branch
Communications Center
245 Murray Lane, SW, Building T-5
Washington, D.C. 20223

Date:    AUG 2 4 2018

Richard Behar
P.O. Box 1205
New York, NY 10021
Email: Behar@richardbehar.com

File Number:  20181251

Dear Requester:

This is the final response to your Freedom of Information Act (FOIA) request originally received by
the United States Secret Service (USSS) on July 27, 2018 for all emails, attachments or other
documents that are a) in the email set referenced in the Court's February 21, 2018 order, and also b)
include any of the names or terms listed in Appendix A of the Court's February 21, 2018 order.
This response relates to the term:  Alexander Torshin.

In response to your request, the USSS has conducted a reasonable search for responsive records.
No records pertaining to your request were located.

If you deem our decision an adverse determination, you may exercise your appeal rights.  Should
you wish to file an administrative appeal, your appeal should be made in writing and received
within sixty (60) days of the date of this letter, by writing to:  Freedom of Information Appeal,
Deputy Director, U.S. Secret Service, Communications Center, 245 Murray Lane, S.W., Building
T-5, Washington, D.C. 20223.  If you choose to file an administrative appeal, please explain the
basis of your appeal and reference the case number listed above.

FOIA File No. 20181251 is assigned to this request.  Please refer to this file number in all future
communication with this office.

Sincerely,

Kim E. Campbell
Special Agent In Charge
Freedom of Information Act & Privacy Act Officer

SUBJECT





**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223

Freedom of Information Act and Privacy Act Branch
Communications Center
245 Murray Lane, SW, Building T-5
Washington, D.C. 20223

Date:    **AUG 2 4 2018**

Richard Behar
P.O. Box 1205
New York, NY 10021
Email: Behar@richardbehar.com

File Number:  20181252

Dear Requester:

This is the final response to your Freedom of Information Act (FOIA) request originally received by the United States Secret Service (USSS) on July 27, 2018 for all emails, attachments or other documents that are a) in the email set referenced in the Court's February 21, 2018 order, and also b) include any of the names or terms listed in Appendix A of the Court's February 21, 2018 order. This response relates to the term:  Andrii Artemenko.

In response to your request, the USSS has conducted a reasonable search for responsive records. No records pertaining to your request were located.

If you deem our decision an adverse determination, you may exercise your appeal rights.  Should you wish to file an administrative appeal, your appeal should be made in writing and received within sixty (60) days of the date of this letter, by writing to:  Freedom of Information Appeal, Deputy Director, U.S. Secret Service, Communications Center, 245 Murray Lane, S.W., Building T-5, Washington, D.C. 20223.  If you choose to file an administrative appeal, please explain the basis of your appeal and reference the case number listed above.

FOIA File No. 20181252 is assigned to this request.  Please refer to this file number in all future communication with this office.

Sincerely,

Kim E. Campbell
Special Agent In Charge
Freedom of Information Act & Privacy Act Officer

SUBJECT

 



**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223

Freedom of Information Act and Privacy Act Branch
Communications Center
245 Murray Lane, SW, Building T-5
Washington, D.C. 20223

Date:    AUG 2 4 2018

Richard Behar
P.O. Box 1205
New York, NY 10021
Email: Behar@richardbehar.com

File Number:  20181253

Dear Requester:

This is the final response to your Freedom of Information Act (FOIA) request originally received by
the United States Secret Service (USSS) on July 27, 2018 for all emails, attachments or other
documents that are a) in the email set referenced in the Court's February 21, 2018 order, and also b)
include any of the names or terms listed in Appendix A of the Court's February 21, 2018 order.
This response relates to the term:  Aras Agalorv.

In response to your request, the USSS has conducted a reasonable search for responsive records.
No records pertaining to your request were located.

If you deem our decision an adverse determination, you may exercise your appeal rights. Should
you wish to file an administrative appeal, your appeal should be made in writing and received
within sixty (60) days of the date of this letter, by writing to:  Freedom of Information Appeal,
Deputy Director, U.S. Secret Service, Communications Center, 245 Murray Lane, S.W., Building
T-5, Washington, D.C. 20223. If you choose to file an administrative appeal, please explain the
basis of your appeal and reference the case number listed above.

FOIA File No. 20181253 is assigned to this request. Please refer to this file number in all future
communication with this office.

Sincerely,

for Kim E. Campbell
Special Agent In Charge
Freedom of Information Act & Privacy Act Officer

SUBJECT





**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223

Freedom of Information Act and Privacy Act Branch
Communications Center
245 Murray Lane, SW, Building T-5
Washington, D.C. 20223

Date:   AUG 2 4 2018

Richard Behar
P.O. Box 1205
New York, NY 10021
Email: Behar@richardbehar.com

File Number:   20181266

Dear Requester:

This is the final response to your Freedom of Information Act (FOIA) request originally received by the United States Secret Service (USSS) on July 27, 2018 for all emails, attachments or other documents that are a) in the email set referenced in the Court's February 21, 2018 order, and also b) include any of the names or terms listed in Appendix A of the Court's February 21, 2018 order. This response relates to the term: Irakly Kaveladze

In response to your request, the USSS has conducted a reasonable search for responsive records. No records pertaining to your request were located.

If you deem our decision an adverse determination, you may exercise your appeal rights. Should you wish to file an administrative appeal, your appeal should be made in writing and received within sixty (60) days of the date of this letter, by writing to: Freedom of Information Appeal, Deputy Director, U.S. Secret Service, Communications Center, 245 Murray Lane, S.W., Building T-5, Washington, D.C. 20223. If you choose to file an administrative appeal, please explain the basis of your appeal and reference the case number listed above.

FOIA File No. 20181266 is assigned to this request. Please refer to this file number in all future communication with this office.

Sincerely,

Kim E. Campbell
Special Agent In Charge
Freedom of Information Act & Privacy Act Officer

SUBJECT



**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223

Freedom of Information Act and Privacy Act Branch
Communications Center
245 Murray Lane, SW, Building T-5
Washington, D.C. 20223

Date: AUG 2 4 2018

Richard Behar
P.O. Box 1205
New York, NY 10021
Email: Behar@richardbehar.com

File Number:  20181267

Dear Requester:

This is the final response to your Freedom of Information Act (FOIA) request originally received by
the United States Secret Service (USSS) on July 27, 2018 for all emails, attachments or other
documents that are a) in the email set referenced in the Court's February 21, 2018 order, and also b)
include any of the names or terms listed in Appendix A of the Court's February 21, 2018 order.
This response relates to the term:  JD Gordon.

In response to your request, the USSS has conducted a reasonable search for responsive records.
No records pertaining to your request were located.

If you deem our decision an adverse determination, you may exercise your appeal rights.  Should
you wish to file an administrative appeal, your appeal should be made in writing and received
within sixty (60) days of the date of this letter, by writing to:  Freedom of Information Appeal,
Deputy Director, U.S. Secret Service, Communications Center, 245 Murray Lane, S.W., Building
T-5, Washington, D.C. 20223.  If you choose to file an administrative appeal, please explain the
basis of your appeal and reference the case number listed above.

FOIA File No. 20181267 is assigned to this request.  Please refer to this file number in all future
communication with this office.

Sincerely,

Kim E. Campbell
Special Agent In Charge
Freedom of Information Act & Privacy Act Officer

SUBJECT



**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223

Freedom of Information Act and Privacy Act Branch
Communications Center
245 Murray Lane, SW, Building T-5
Washington, D.C. 20223

Date:    AUG 2 4 2018

Richard Behar
P.O. Box 1205
New York, NY 10021
Email: Behar@richardbehar.com

File Number:  20181268

Dear Requester:

This is the final response to your Freedom of Information Act (FOIA) request originally received by
the United States Secret Service (USSS) on July 27, 2018 for all emails, attachments or other
documents that are a) in the email set referenced in the Court's February 21, 2018 order, and also b)
include any of the names or terms listed in Appendix A of the Court's February 21, 2018 order.
This response relates to the term:  Kairat Kelimbetov.

In response to your request, the USSS has conducted a reasonable search for responsive records.
No records pertaining to your request were located.

If you deem our decision an adverse determination, you may exercise your appeal rights. Should
you wish to file an administrative appeal, your appeal should be made in writing and received
within sixty (60) days of the date of this letter, by writing to: Freedom of Information Appeal,
Deputy Director, U.S. Secret Service, Communications Center, 245 Murray Lane, S.W., Building
T-5, Washington, D.C. 20223. If you choose to file an administrative appeal, please explain the
basis of your appeal and reference the case number listed above.

FOIA File No. 20181268 is assigned to this request. Please refer to this file number in all future
communication with this office.

Sincerely,

Kim E. Campbell
Special Agent In Charge
Freedom of Information Act & Privacy Act Officer

SUBJECT






**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223

Freedom of Information Act and Privacy Act Branch
Communications Center
245 Murray Lane, SW, Building T-5
Washington, D.C. 20223

Date:    AUG 2 4 2018

Richard Behar
P.O. Box 1205
New York, NY 10021
Email: Behar@richardbehar.com

File Number:  20181270

Dear Requester:

This is the final response to your Freedom of Information Act (FOIA) request originally received by
the United States Secret Service (USSS) on July 27, 2018 for all emails, attachments or other
documents that are a) in the email set referenced in the Court's February 21, 2018 order, and also b)
include any of the names or terms listed in Appendix A of the Court's February 21, 2018 order.
This response relates to the term:  Maria Butina.

In response to your request, the USSS has conducted a reasonable search for responsive records.
No records pertaining to your request were located.

If you deem our decision an adverse determination, you may exercise your appeal rights.  Should
you wish to file an administrative appeal, your appeal should be made in writing and received
within sixty (60) days of the date of this letter, by writing to:  Freedom of Information Appeal,
Deputy Director, U.S. Secret Service, Communications Center, 245 Murray Lane, S.W., Building
T-5, Washington, D.C. 20223.  If you choose to file an administrative appeal, please explain the
basis of your appeal and reference the case number listed above.

FOIA File No. 20181270 is assigned to this request.  Please refer to this file number in all future
communication with this office.

Sincerely,

Kim E. Campbell
Special Agent In Charge
Freedom of Information Act & Privacy Act Officer

SUBJECT

 



**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223

Freedom of Information Act and Privacy Act Branch
Communications Center
245 Murray Lane, SW, Building T-5
Washington, D.C. 20223

Date:    AUG 2 4 2018

Richard Behar
P.O. Box 1205
New York, NY 10021
Email: Behar@richardbehar.com

File Number:  20181271

Dear Requester:

This is the final response to your Freedom of Information Act (FOIA) request originally received by
the United States Secret Service (USSS) on July 27, 2018 for all emails, attachments or other
documents that are a) in the email set referenced in the Court's February 21, 2018 order, and also b)
include any of the names or terms listed in Appendix A of the Court's February 21, 2018 order.
This response relates to the term:  Mikhail Prokhorov.

In response to your request, the USSS has conducted a reasonable search for responsive records.
No records pertaining to your request were located.

If you deem our decision an adverse determination, you may exercise your appeal rights.  Should
you wish to file an administrative appeal, your appeal should be made in writing and received
within sixty (60) days of the date of this letter, by writing to:  Freedom of Information Appeal,
Deputy Director, U.S. Secret Service, Communications Center, 245 Murray Lane, S.W., Building
T-5, Washington, D.C. 20223.  If you choose to file an administrative appeal, please explain the
basis of your appeal and reference the case number listed above.

FOIA File No. 20181271 is assigned to this request.  Please refer to this file number in all future
communication with this office.

Sincerely,

Kim E. Campbell
Special Agent In Charge
Freedom of Information Act & Privacy Act Officer

SUBJECT



**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223

Freedom of Information Act and Privacy Act Branch
Communications Center
245 Murray Lane, SW, Building T-5
Washington, D.C. 20223

Date:    AUG 2 4 2018

Richard Behar
P.O. Box 1205
New York, NY 10021
Email: Behar@richardbehar.com

File Number:  20181272

Dear Requester:

This is the final response to your Freedom of Information Act (FOIA) request originally received by
the United States Secret Service (USSS) on July 27, 2018 for all emails, attachments or other
documents that are a) in the email set referenced in the Court's February 21, 2018 order, and also b)
include any of the names or terms listed in Appendix A of the Court's February 21, 2018 order.
This response relates to the term: Natalia Veselnitskaya.

In response to your request, the USSS has conducted a reasonable search for responsive records.
No records pertaining to your request were located.

If you deem our decision an adverse determination, you may exercise your appeal rights. Should
you wish to file an administrative appeal, your appeal should be made in writing and received
within sixty (60) days of the date of this letter, by writing to:  Freedom of Information Appeal,
Deputy Director, U.S. Secret Service, Communications Center, 245 Murray Lane, S.W., Building
T-5, Washington, D.C. 20223.  If you choose to file an administrative appeal, please explain the
basis of your appeal and reference the case number listed above.

FOIA File No. 20181272 is assigned to this request.  Please refer to this file number in all future
communication with this office.

Sincerely,

Kim E. Campbell
Special Agent In Charge
Freedom of Information Act & Privacy Act Officer

SUBJECT





**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 2023

Freedom of Information Act and Privacy Act Branch
Communications Center
245 Murray Lane, SW, Building T-5
Washington, D.C. 20223

Date:     AUG 2 4 2018

Richard Behar
P.O. Box 1205
New York, NY 10021
Email: Behar@richardbehar.com

File Number:  20181276

Dear Requester:

This is the final response to your Freedom of Information Act (FOIA) request originally received by
the United States Secret Service (USSS) on July 27, 2018 for all emails, attachments or other
documents that are a) in the email set referenced in the Court's February 21, 2018 order, and also b)
include any of the names or terms listed in Appendix A of the Court's February 21, 2018 order.
This response relates to the term: Robert Armao.

In response to your request, the USSS has conducted a reasonable search for responsive records.
No records pertaining to your request were located.

If you deem our decision an adverse determination, you may exercise your appeal rights.  Should
you wish to file an administrative appeal, your appeal should be made in writing and received
within sixty (60) days of the date of this letter, by writing to:  Freedom of Information Appeal,
Deputy Director, U.S. Secret Service, Communications Center, 245 Murray Lane, S.W., Building
T-5, Washington, D.C. 20223.  If you choose to file an administrative appeal, please explain the
basis of your appeal and reference the case number listed above.

FOIA File No. 20181276 is assigned to this request.  Please refer to this file number in all future
communication with this office.

Sincerely,

Kim E. Campbell
Special Agent In Charge
Freedom of Information Act & Privacy Act Officer

SUBJECT



**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C 20223

Freedom of Information Act and Privacy Act Branch
Communications Center
245 Murray Lane, SW, Building T-5
Washington, D.C. 20223

Date:    AUG 2 4 2018

Richard Behar
P.O. Box 1205
New York, NY 10021
Email: Behar@richardbehar.com

File Number:  20181282

Dear Requester:

This is the final response to your Freedom of Information Act (FOIA) request originally received by
the United States Secret Service (USSS) on July 27, 2018 for all emails, attachments or other
documents that are a) in the email set referenced in the Court's February 21, 2018 order, and also b)
include any of the names or terms listed in Appendix A of the Court's February 21, 2018 order.
This response relates to the term: Yuri Vanetik.

In response to your request, the USSS has conducted a reasonable search for responsive records.
No records pertaining to your request were located.

If you deem our decision an adverse determination, you may exercise your appeal rights.  Should
you wish to file an administrative appeal, your appeal should be made in writing and received
within sixty (60) days of the date of this letter, by writing to:  Freedom of Information Appeal,
Deputy Director, U.S. Secret Service, Communications Center, 245 Murray Lane, S.W., Building
T-5, Washington, D.C. 20223.  If you choose to file an administrative appeal, please explain the
basis of your appeal and reference the case number listed above.

FOIA File No. 20181282 is assigned to this request.  Please refer to this file number in all future
communication with this office.

Sincerely,

Kim E. Campbell
Special Agent In Charge
Freedom of Information Act & Privacy Act Officer

**SUBJECT**