UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
......................................................................x
RICHARD BEHAR,

        Plaintiff,

    v.

U.S. DEPARTMENT OF HOMELAND
SECURITY,

        Defendant.
......................................................................x

Nos. 17 Civ. 8153(LAK)
18 Civ. 7516(LAK)

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, upon the Declarations of Leonza Newsome, III, Kevin L. Tyrrell, and Kim E. Campbell and the accompanying memorandum of law, defendant the U.S. Department of Homeland Security ("DHS"), by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, will move this Court before the Honorable Lewis A. Kaplan, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order granting summary judgment to defendant DHS in these actions pursuant to Federal Rule of Civil Procedure 56.

Dated: November 5, 2019
       New York, New York

                                          GEOFFREY S. BERMAN
                                          United States Attorney for the
                                          Southern District of New York
                                          *Attorney for Defendant DHS*

                           By:    */s/ Sarah S. Normand*
                                          SARAH S. NORMAND
                                          Assistant United States Attorney
                                          86 Chambers Street, 3rd Floor
                                          New York, New York 10007
                                          Tel.:   (212) 637-2709
                                          Email: sarah.normand@usdoj.gov