USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
RICHARD BEHAR,

                Plaintiff,

      -against-                                 17-cv-8153 (LAK)
                                                    18-cv-7516 (LAK)

U.S. DEPARTMENT OF HOMELAND SECURITY,

                Defendant.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       Oral argument regarding the parties' motions for summary judgment [17-cv-8153, DI 54, 58] will be heard on March 3 at 10:30 A.M.

       SO ORDERED.

Dated:     February 19, 2020

                                                       _____
                                                           Lewis A. Kaplan
                                                       United States District Judge