UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-28-2020

Richard Behar

v.

U.S. Department of Homeland Security

No. 17 Civ. 8153 (LAK)

LAW STUDENT INTERN
APPEARANCE FORM

RECEIVED
FEB 28 2020
JUDGE KAPLAN'S CHAMBERS

1. Law Student Certification

   I certify that:

   (a) I am duly enrolled in __Yale__ law school in accordance with part (c)(1) of the Student Practice Rule of the Southern District of New York.
   (b) I am receiving no compensation from the client in accordance with part (c)(6) of the Student Practice Rule of the Southern District of New York.
   (c) I am familiar and will comply with the Code of Professional Responsibility of the American Bar Association.
   (d) I am familiar with the federal procedural and evidentiary rules relevant to the action in which I am appearing.

   __February 26, 2020__  __Anna M. Windemuth__
   (date)  (Signature of Student)

2. Certification of Law School Dean or his Authorized Designee

   I certify that this student:

   (a) has completed at least two semesters of law school work and is a participant in an approved clinical program;
   (b) is qualified, to the best of my knowledge, to provide the legal representation permitted by this rule, and
   (c) that __David Schulz__, who will serve as supervising attorney, is a participant in a clinical program approved by this school.

   __Feb 27, 2020__  __[signature]__
   (date)  (Signature of Dean or Authorized Designee)

   __Dean, Yale Law School__
   (Position of Above)

3. Consent of Supervising Attorney

As a member of the bar of the United States District Court for the Southern District of New York, I will:

(a) assume personal professional responsibility for this student's work;
(b) assist this student to the extent necessary;
(c) authorize this student to appear in court or at other proceedings, and to prepare documents, and
(d) appear with this student in all proceedings before the Court.

February 26, 2020
(date)

(Signature of Attorney)

4. Consent of Client or United States Attorney

I authorize this student:

(a) to appear in court or at other proceedings on my behalf, and
(b) to prepare documents on my behalf.

I am aware that he/she is not admitted to the bar and that he/she will appear pursuant to the United States District Court, Southern District of New York, Student Practice Rule.

Feb 27, 2020
(date)

(Signature of Client)

(If more than one client is involved, approvals from each shall be attached. If a class action is involved, approvals from named plaintiffs shall be attached.)

5. Consent of the Judge

I authorize this student:

(a) to appear in court or other proceedings on behalf of the above client, and
(b) to prepare documents on behalf of the above client.

2/28/2020
(date)

(Signature of Judge)