UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
RICHARD BEHAR,

                            Plaintiff,

          -against-                                    17-cv-8153 (LAK)
                                                          18-cv-7516 (LAK)

U.S. DEPARTMENT OF HOMELAND SECURITY,

                            Defendant.
------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       As stated at oral argument on March 3, 2020, the government is ordered to produce the materials identified as responsive to plaintiff's FOIA request for *in camera* review on or before March 10, 2020.

       SO ORDERED.

Dated:      March 3, 2020

                                                              Lewis A. Kaplan
                                                  United States District Judge