UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/4/2020

-----------------------------------------------------------X

RICHARD BEHAR,

                Plaintiff,

17 **CIVIL** 8153 (LAK)
18 **CIVIL** 7516 (LAK)

-against-

**JUDGMENT**

U.S. DEPARTMENT OF HOMELAND
SECURITY,

                Defendant.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 4, 2020, the government's motion for summary judgment is denied, and the plaintiff's cross-motion for summary judgment is granted; accordingly, the cases are closed.

**Dated:** New York, New York
         August 4, 2020

                                            **RUBY J. KRAJICK**

                                            **Clerk of Court**

                         BY:

                                            **Deputy Clerk**